393 A.2d 1197

**Robert F. SECREST, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Petition Filed Aug. 17, 1978.

Decided Nov. 8, 1978.

John Woodcock, Jr., Public Defender, Hollidaysburg, for appellant.

Thomas G. Peoples, Jr., Dist. Atty., Hollidaysburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

The petition for allowance of appeal is granted. The order of the Superior Court [389 A.2d 1195] and the judgment of the trial court are vacated. The record is remanded to the trial court for resentencing in light of *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1978). Other requested relief is denied.